```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
JPMORGAN CHASE BANK, N.A.,                  :
                                            :
                        Plaintiff,          :    13 Civ. 4390 (DLC)
                                            :
            -v-                             :    ORDER
                                            :
JAMES ALFRED KASTOR, WILLIAM AUGUST         :
KASTOR, BRUCE BANNER KASTOR, ELLIOT K.      :
BRYER, "JOHN DOE #1" through "JOHN DOE      :
#12," the last twelve names being           :
fictitious and unknown to the               :
plaintiff, the persons or parties           :
intended being the persons or parties,      :
if any, having or claiming an interest      :
in or lien upon the property described      :         11-12-2013
in the complaint,                           :
                                            :
                        Defendants.         :
                                            :
-------------------------------------------X
```

DENISE COTE, District Judge:

An Order of October 23, 2013 directed defense counsel to provide by November 8 an affidavit detailing the steps he has taken to locate and provide notice to any potential claimants to the account at issue in this case. The Order also directed defense counsel to serve by November 8 a copy of both his affidavit and the October 23 Order on the individuals identified. On November 7, defense counsel filed an affidavit listing the issue of the named defendants. The November 7 affidavit, however, did not indicate whether Walter J. Kastor had any issue, or whether the individuals listed were the only

issue of Joseph H. Kastor and Elsa Kastor Bryer. The November 7 affidavit also did not indicate that either it or the October 23 Order was being served on the individuals listed. Instead, it noted that it had been submitted to the named defendants "to make certain the information is accurate and current." It is hereby

ORDERED that defense counsel shall file by November 15, 2013 a revised affidavit indicating whether Walter J. Kastor had any issue, and whether the individuals listed are the only issue of Joseph H. Kastor and Elsa Kastor Bryer.

IT IS FURTHER ORDERED that defense counsel shall by November 15, 2013 serve this revised affidavit on the individuals listed therein, along with a copy of the October 23 Order. Defense counsel shall indicate in the affidavit itself the means by which service is being effected.

IT IS FURTHER ORDERED that the remainder of the schedule set out in the October 23 Order remains in effect.

SO ORDERED:

Dated:   New York, New York
         November 8, 2013

                                    _____
                                    DENISE COTE
                                    United States District Judge

2